UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED 17-1703 DSF (SHKx) | Date | 11/20/17 |
| Title | Luis Gamino v. Portfolio Recovery Associates, LLC | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS

On August 23, 2017, this Court issued its Order Setting Scheduling Conference. Pursuant to the Order, and to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rules 16 and 26, the scheduling conference was set for November 20, 2017, at 11:00 a.m. and plaintiff was to confer with defense counsel and to file with the Court, no later than seven days before the Scheduling Conference, a Joint Rule 26(f) Report. No Report has been filed. Defense counsel reports that he was unable to contact Plaintiff: Plaintiff's telephone number is no longer in service and Plaintiff did not respond to emails sent by defense counsel. Plaintiff failed to appear at the Scheduling Conference.

Plaintiff is ordered to show cause in writing no later than **December 7, 2017** why this action should not be dismissed for Plaintiff's failure to prosecute this action and failure to comply with the Court's order and the Federal Rules of Civil Procedure. If a written response is provided, the Scheduling Conference and a hearing on this Order to Show Cause will be held on **December 11, 2017, at 11:00 a.m.**

If no response is filed by December 7, this action will be dismissed.

IT IS SO ORDERED.