JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUIS GAMINO, | ) | CV 17- 1703 DSF(SHKx) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

The Court having previously issued an Order to Show Cause re Dismissal for Failure to Prosecute and Failure to Comply with Court Orders, and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED:

Judgment is entered in favor of defendant. Plaintiff shall recover nothing from defendant. Defendants shall recover from plaintiff its costs pursuant to a bill of costs.

DATED: 12/8/17

_____
Dale S. Fischer
UNITED STATES DISTRICT JUDGE

2